DENDARIARENA, PETICIONARIO, v. SOTO NUSSA, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Aguadilla.

JURISDICCIÓN original.

No. 108.—Resuelto en octubre 16, 1913.

CERTIORARI—RECURSO DE APELACIÓN.—Es improcedente el recurso de *certiorari* cuando la única cuestión planteada en la solicitud se reduce a determinar si el juez de la corte inferior procedió o no con razón derecha al denegar la expedición de un mandamiento de *certiorari,* contra cuya resolución podía la parte perjudicada interponer recurso de apelación para ante esta corte.

Los hechos están expresados en la opinión.
El peticionario compareció por escrito en nombre propio.
El demandado no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ emitio la opinión del tribunal.

La presente es una solicitud de *certiorari* de Maximiano Dendariarena contra el Juez de la Corte de Distrito de Aguadilla, Isidoro Soto Nussa, con súplica de que por esta Corte Suprema se deje sin efecto la resolución de la Corte de Distrito de Aguadilla de 12 de agosto del corriente año, denegatoria de expedición de auto de *certiorari* para revisar procedimientos de la Corte Municipal de San Sebastián, en el caso civil de *Maximiano Dendariarena* v. *Joaquín Ramírez*, en cobro de pesos, interesando además el promovente, se anule por esta corte una orden de *injunction* que en 9 de julio último dictó dicha corte municipal en el referido juicio y se lleve a ejecución la sentencia ya firme de 9 de junio que está en suspenso a virtud de tal orden de *injunction.*

No se alega error alguno de procedimiento cometido por el Juez de Distrito de Aguadilla al denegar la expedición del auto de *certiorari,* por su orden de 12 de agosto de 1913, y la cuestión que se presenta a·esta corte se reduce a determinar si el mencionado juez procedió o nó con razón derecha al dictar su resolución. Para llegar a ese fin tenía la ·parte expedito recurso de apelación, para ante esta Corte Suprema.

Procede denegar el auto de *certiorari* solicitado.

> *Desestimada la solicitud y denegada la expedición del mandamiento.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resoción de este caso.